```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __7/10/2020__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
:
ARIEL SCHELMETTY,                                        :
:
                            Plaintiff,      :
:         20-CV-386 (VSB)
     - against -                                        :
:         **ORDER**
:
A.J. TRUCCO, INC., et al.,                               :
:
                         Defendants.    :
:
-------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

     It has been reported to the Court that this case was successfully mediated.  Accordingly, it is hereby:

     ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: July 10, 2020
       New York, New York

*(signature)*
Vernon S. Broderick
United States District Judge